# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GUERRA, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN WILLIAMS, M.D., <br><br> Defendant. | Case No. ED CV 16-2603 ODW (MRW) <br><br> (consolidated with ED CV 17-386-ODW (MRW)) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting the motion to dismiss the Second Amended Complaint and dismissing the action against Dr. Williams (ED CV 17-386) without leave to amend.

DATE: November 2, 2018

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE