# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GUERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN WILLIAMS, M.D.,<br><br>    Defendant. | Case No. ED CV 16-2603 ODW (MRW)<br><br>(consolidated with ED CV 17-386-ODW (MRW))<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the motion to dismiss the Second Amended Complaint is GRANTED, and the case against Dr. Williams (ED CV 17-386) is dismissed without leave to amend.

DATE: November 2, 2018

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE